IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **JERAME GUNTER DURDEN,** | : |
| **Plaintiff,** | : |
| VS. | : NO. 7:23-CV-10-WLS-TQL |
| **Captain MIKE SMITH,** | : |
| **Defendant.** | : |

## ORDER

On March 6, 2023, the Court ordered Plaintiff Jerame Gunter Durden, a pretrial detainee in the Brooks County Jail in Quitman, Georgia, to pay an initial partial filing fee in the amount of $16.05 and file a recast complaint if he wished to proceed with his 42 U.S.C. § 1983 action. ECF No. 4. Plaintiff did not respond to the Order.

On April 3, 2023, the Court ordered Plaintiff to show cause why his case should not be dismissed for failure to respond to the March 6, 2023 Order. ECF No. 5. Plaintiff was given fourteen days to respond to the Order to Show Cause and he has not responded.

Due to Plaintiff's failure to follow the Court's Orders and prosecute this action, the case is hereby **DISMISSED WITHOUT PREJUDICE**. Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Ctny. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED**, this 26th day of April, 2023.

W. LOUIS SANDS, JUDGE
UNITED STATES DISTRICT COURT