IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JERAME GUNTER DURDEN, | * |
| Plaintiff, | * |
| v. | Case No.  7:23-cv-10(WLS) |
| | * |
| Captain MIKE SMITH, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated April 26, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 26th day of April, 2023.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk